1-11-15

RE: Court of Appeals Number: 02-14-00420-CR
02-14-00421-CR
Trial Court Case Number: CR 12558
CR 12699

RECEIVED

JAN 1 5 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Style: Amanda Jane Stanley
V.
The State of Texas

I would like you to please file a Anders brief. For my case. I want to appeal it. Thank you.

:1-11-15

I Amanda Stanley wish to file an appeal for my bref. Anders Bref. I got kicked out of SafP on or about August 5, 2014. I was bench warranted back on July 21, 2014. I was sent to SafP on march 5, 2014.

I seen alot of bad stuff. I tried to tell my councilors and the gaurds and staff but noone listened to me. That place is horrible.

I wrote the judge and told him I didnt want to be there. I was scared to go to sleep at night. I also wrote the governor, senator and Health Dept. It was bad. But instead of helping me they just kicked me out.

I want my probation re instated or charges dropped I was told if I give the cops information they would get me out. So I did and my lawyer got mad and in court told me to keep my mouth

Shut.

I have information about alot of bad stuff. Can't put in paper. I want to be assured to be set free and I will talk. I have been told stuff (illegal) and seen first hand. I have been away from my kids for a year. My husband divorced me in nov. of 2014. I have lost everything. Please consider my appeal so I can be with my children.

Thank you,

Amanda Stanley

FOREVER USA

AMANDA STANLEY #140
750 E. Bo Gibbs Blvd ( Somervell County Jail)
Glen Rose TX 76043

NORTH TEXAS TX PENDC
NORTH TEXAS TX PENDALLAS TX 750
13 JAN 2015 PM 2 L

**LATE MAIL**

Court of Appeals
Second District of Texas
Tim Curry Criminal Justice Center
401 W. Belknap, Suite 9000
Fortworth, Texas 76196

RECEIVED

JAN 15 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

LEGAL
76196